AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

Che Kristian Salpas

*Defendant(s)*

Case No. 8:26MJ406

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2026 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 844(g)(1) | Carrying an explosive into an airport |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Colton Graham, ATF S/A
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 09/05/2026

[signature]
*Judge's signature*

City and state: Omaha, Nebraska

Hon. Michael D. Nelson
U.S. Magistrate Judge

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Colton Graham of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

**INTRODUCTION AND AGENT BACKROUND**

1. Your Affiant, Colton Graham, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, Omaha, Nebraska. Your Affiant is an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), that is an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated by statute in the United States Code, and the Nebraska Statutory Code. Your Affiant is authorized under the Federal Rules of Criminal Procedure, Rule 41(a)(1)(C) as a Federal law enforcement officer who is engaged in enforcing the criminal laws, and is within any category of officers authorized by the Attorney General to request a search warrant.

2. Your affiant been so employed with ATF since March of 2022. As such, your affiant is empowered to conduct investigations and make arrests for offenses against the laws of the United States of America. During this time, your affiant has conducted and/or participated in investigations related to criminal activities. SA Graham has successfully completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF National Academy Special Agent Basic Agent's course. Prior to being employed with the ATF, your affiant was employed with the Colorado Springs, Colorado Police Department (CSPD) for approximately four years as a police officer and detective. Prior to being employed with CSPD, your affiant was employed with the Garden City, Kansas Police Department ("GCPD") for

approximately four years as a police officer. SA Graham has an associate degree in criminal justice from Central Arizona College.

## AFFIDAVIT PURPOSE

3. This affidavit is submitted to support a criminal complaint and application for arrest warrant for and against Che Kristian Salpas ("Salpas") (DOB XX/XX/1999). Based on my training and experience and the facts set forth in this affidavit, your Affiant submits there is probable cause to believe that Salpas violated 18 U.S.C. § 844(g)(1), unlawful possession of an explosive in an airport. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offense. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## INVESTIGATION

4. On September 5, 2026, ATF was contacted by the Omaha Police Department ("OPD") after Salpas was found to be in possession of an explosive device inside the Eppley Airport located at 4501 Abbott Dr., Omaha, Nebraska 68110.

5. Eppley Airport Police advised ATF that Salpas had a Delta Airline ticket for 09/05/2026 at 12:42 P.M. from Omaha, Nebraska, to Salt Lake City, Utah. Affiant later viewed Salpas's boarding pass and saw that he was scheduled to fly on Delta Flight 3815 from Omaha, Nebraska, to Salt Lake City, Utah. Boarding time was scheduled for 12:12 p.m. on September 5, 2026. The boarding pass indicated that he was supposed to sit in seat 10A.

6. ATF became aware that the Transportation Security Administration ("TSA") reviewed Salpas's baggage at the carry-on/passenger checkpoint while he was inside Eppley

Airport. TSA observed a butane lighter inside Salpas's bag and pulled Salpas aside after he claimed ownership of the bag. Upon a physical examination, TSA located a suspected explosive device. The device was concealed inside of a prescription style pill bottle.

7. TSA's explosive specialist (TSS-E), Garret Stoker, contacted OPD Bomb Squad to assist. The device was a fully enclosed cardboard tube, approximately four inches long and approximately one inch in diameter. A green hobby fuse was inserted into the middle of the device. Also located in Salpas's bag was a butane lighter and two zippo style lighters. Below are photos of the device (left) and the butane lighter (right):






8. An X-ray of the device showed the tube was completely filled with a powder. Sargeant Kristopher Gates of the OPD Bomb Response Unit, who has extensive training and experience investigating explosives, reviewed the device itself. He indicated that the cardboard tube device had a green hobby/cannon fuse coming from the center, with end caps on each end. This is indicative of an M-Series explosive device. Sgt. Gates indicated that the fuse is not an electric circuit breaker, but instead appears to be a black powder encased in a material designed to be burned down and initiate a powder inside an explosive device. Sgt. Gates also indicated

that based on his training and experience, and based on the X-ray of the tube, there appears to be a material inside the tube which is indicative of being energetic material. Sgt. Gates indicated that based on his training and experience, this appeared to be an explosive device. Below is an X-ray photo showing the suspected energetic material (in green):



9. Due to safety concerns at the airport, the device was not cut open to conduct a thermal susceptibility test to identify if the suspected energetic material is in fact an explosive. OPD's Bomb Squad transported the device to the Bomb Squad's explosive evidence locker where it will be held as evidence until the Bomb Squad can safely conduct the test.

10. FBI Special Agent Derek Sharp, Assistant Federal Security Director of Law Enforcement (AFSDLE) Kelly Wilson, and ATF Special Agent Donald Mann interviewed Salpas after he was advised of his *Miranda* rights and stated he was willing to speak with agents without an attorney present. Salpas stated that on Wednesday, 09/02/2026, he saw the device at

his parents' house, in Lincoln, Nebraska, but denied placing it into his baggage. He stated he took all the items out of his bags and saw a "firecracker," lighters, and rocks, but denied knowing who re-packed the bags. Salpas stated that when TSA went through his bag and pulled out the pill bottle, he informed TSA that the item shouldn't have been in his bag. Salpas stated he didn't know who the "firecracker" actually belonged to.

11. It should be noted, Omaha Eppley Airport is a subject to the regulatory authority of the Federal Aviation Administration (FAA). Salpas did not have any written consent to possess an explosive on airport property.

12. The object that Salpas carried into Eppley Airfield is a suspected explosive as defined under 18 U.S.C. § 844(j). The device was a fully enclosed cardboard tube, approximately four inches long and approximately one inch in diameter. A green hobby fuse was inserted into the middle of the device. The tube appears to be completely filled with a suspected explosive material.

## CONCLUSION

13. Based on the aforementioned information, your Affiant submits that probable cause exists that on or about September 5, 2026, in the District of Nebraska, the defendant, Salpas, unlawfully possessed an explosive at Eppley Airfield in Nebraska which was a violation of 18 U.S.C. § 844(g)(1).

14. As such, your Affiant respectfully requests that the Court issue a criminal complaint and arrest warrant against Salpas.

15. Affiant also requests that this affidavit and the arrest warrant and any accompanying documents be sealed. This matter is an ongoing investigation, and premature unsealing could hinder the investigation and result in individual(s) destroying evidence.

I, Colton Graham, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, (ATF), being duly sworn, hereby depose and state that the above-mentioned information is true to the best of my knowledge and belief.

Colton Graham
ATF Special Agent

SUBSCRIBED and SWORN to before me by telephonic or other electronic means this 5th day of September, 2026.

HONORABLE MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEBRASKA