IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHE KRISTIAN SALPAS,

Defendant.

**WITNESS LIST**

Case No. 8:26MJ406
Deputy: Rachel Rensch
Reporter: Digital Recorder
Date: September 10, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Colton Graham | 9/10/2026 |
| | |