IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHE KRISTIAN SALPAS,

Defendant.

**EXHIBIT LIST**

Case No. 8:26MJ406

Deputy: Rachel Rensch

Reporter: Digital Recorder

Date: September 10, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photo of Boarding Pass | X | | X | | 9/10/2026 |
| 2 | | | Photo of Device | X | | X | | 9/10/2026 |
| 3 | | | Photo of Butane Lighter | X | | X | | 9/10/2026 |
| 4 | | | Criminal Complaint | X | | X | | 9/10/2026 |
| 5 | | | X-ray Image | X | | X | | 9/10/2026 |
| 7 | | | Philomath Police Department Report | X | | X | | 9/10/2026 |
| 8 | | | Information Prior Conviction | X | | X | | 9/10/2026 |
| 9 | | | Judgment Prior Conviction | X | | X | | 9/10/2026 |

**OBJECTIONS**

**R: Relevancy**

**H: Hearsay**

**A: Authenticity**

**O: Other (specify)**