IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHE KRISTIAN SALPAS,<br><br>Defendant. | 8:26MJ406<br><br>MOTION TO DISMISS CRIMINAL COMPLAINT |

The United States of America, by and through Lesley A. Woods, United States Attorney, and Jody Brent Mullis, Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 48(a), respectfully moves to dismiss the *Criminal Complaint* (Filing No. 1) in the above-referenced matter without prejudice. Defense counsel for defendant Che Kristian Salpas was contacted and does not oppose this request.

DATED this 21st day of September, 2026.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: s/ Jody Brent Mullis

JODY BRENT MULLIS
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: jody.mullis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

s/ Jody Brent Mullis
Assistant U.S. Attorney