IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHE KRISTIAN SALPAS,<br>Defendant. | **8:26MJ406**<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Motion of the United States (Filing No. 23), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against Che Kristian Salpas.

**IT IS ORDERED** that the Motion to Dismiss the Criminal Complaint (Filing No. 23) is granted.

Dated this 22nd day of September, 2026

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge